1 | McGREGOR W. SCOTT
United States Attorney
2 | CAROLYN K. DELANEY
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MOHAMED MUTLAQ NAGI,           )  CV F 06-1451 OWW-SMS
|                                )
|           Plaintiff,           )
|                                )
|      v.                        )
|                                )  DEFENDANTS' REQUEST FOR A
| MICHAEL CHERTOFF, et. al.,     )  CONTINUATION OF MOTION
|                                )  TO DISMISS AND PROPOSED ORDER
|           Defendants.          )
| _____)

The United States hereby requests a 60-day continuance for the hearing on the Motion to Dismiss currently set for January 22, 2007. This request is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: January 16, 2007            Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Carolyn K. Delaney

                                   By
                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney

///
///
///
///
///
///

1

<u>D E C L A R A T I O N</u>

I, CAROLYN K. DELANEY, declare as follows:

1.  I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2.  The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath.  Thus, this case is assigned to Ms. Hemesath.

3.  On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting).  Ms. Hemesath anticipates that her condition will preclude her from returning to work until approximately February 12, 2007.

4.  Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5.  A hearing on the Motion to Dismiss is currently set for January 22, 2007.

6.  Based upon Ms. Hemesath's medical condition the defendants respectfully request that the hearing be reset for March 26, 2007.

9.  On January 16, 2007, I left a voicemail message for James Makasian, the attorney for the plaintiff. As of this time, I have not received a response.

I declare under the penalties of perjury that foregoing is true and correct to the best of my knowledge.
Executed this 16th day of January, 2007.

                                        /s/ Carolyn K. Delaney
                                        _____
                                        CAROLYN K. DELANEY

1  Pursuant to the defendants' request, it is hereby **ordered** that the
2  hearing on the Motion to Dismiss currently set for January 22, 2007
3  be reset for March 26, 2007 at 10:00 a.m.
4  IT IS SO ORDERED.
5  **Dated:   January 17, 2007**          /s/ Oliver W. Wanger
   emm0d6                                 UNITED STATES DISTRICT JUDGE