IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED MUTLAQ NAGI,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL CHERTOFF,<br>Secretary of Homeland Security, et al,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-06-1451 LJO SMS<br><br>**ORDER VACATING MARCH 26, 2007 HEARING**<br><br>**ORDER REQUIRING FURTHER ACTION FROM PARTIES** |

On November 2, 2006, Defendants submitted a Motion to Dismiss this action. Plaintiff opposed the Motion to Dismiss on November 27, 2006. Defendants filed a Reply in Support of the Motion to Dismiss on November 29, 2006. Thereafter, Plaintiff filed a Supplemental Response to the Motion to Dismiss on December 27, 2007.

After receiving and reviewing all of the documents filed by the parties, the Court finds that there is not enough information or authority provided to rule on the Motion to Dismiss at this time. **Therefore, the Court ORDERS the parties to take further action, described below**:

**1. Defendants shall take one of the following actions no later than Friday, March 30, 2007:**

    a. File with the Court and serve plaintiff with a detailed description and justification for requiring responses from Plaintiff of Questions 1, 7, 8 and 9 on the letter dated August 31, 2006 and submitted pursuant to the stipulation signed by the parties on August 14, 2006. Such justification shall include relevant background information and legal points and authorities on the justification of said information;

1      b. Agree to strike Questions 1, 7, 8, and 9 of said letter; <u>or</u>

2      c. Withdraw current Motion to Dismiss.

**2. Plaintiff shall take the following actions no later than Friday, April 6, 2007:**

    a. File with the Court and serve Defendants a detailed description of all objections, supported by relevant background information and legal points and authorities, to Questions 1, 7, 8, and 9 of the aforementioned letter**;** <u>and</u>

    b. Provide the Court with evidence that Plaintiff has satisfied all criterion for naturalization described in 8 U.S.C. §§ 1423-1429.

**3. Accordingly, the hearing currently set for March 26, 2007 is VACATED.** A hearing shall be reset by this Court, if necessary, once all required documents are received and reviewed.

**IT IS SO ORDERED.**

**Dated:**    **March 7, 2007**         /s/ Lawrence J. O'Neill
**b9ed48**                               **UNITED STATES DISTRICT JUDGE**