McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID KLINE
Principal Deputy Director
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
Facsimile: (202) 233-0397

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED MUTLAQ NAGI, | ) 06-cv-F-1451 LJO SMS |
|  | ) |
| Plaintiff, | ) **JOINT MOTION TO MODIFY** |
|  | ) **SCHEDULING CONFERENCE ORDER** |
| v. | ) **AND ORDER** |
|  | ) |
| MICHAEL CHERTOFF, et al., | ) |
|  | ) |
| Defendants. | ) |

The parties, by and through their undersigned counsel, respectfully request that the Court modify its Scheduling Conference Order as indicated below in order to allow additional time for discovery prior to the deadline for filing pretrial motions.  Presently, the nonexpert discovery cutoff was October 1, 2007; the expert discovery cutoff is November 1, 2007; pretrial motions are due to be filed on or before November 16, 2007, with hearings to be schedule on or before December 20, 2007.  The pretrial conference is presently scheduled for January 28, 2007, and Court recently rescheduled the trial date for March 24, 2007.

JOINT MOTION TO MODIFY SCHEDULING CONFERENCE ORDER
06-cv-F-1451 LJO SMS                    1

1       The parties hereby request that the modify the Scheduling Conference Order accordingly:

2           Nonexpert discovery cutoff be extend to November 8, 2007.

3           Expert discovery cutoff be extended to November 30, 2007.

4           Pretrial motions deadline be extended to December 13, 2007.

5           Deadline for hearings on pretrial motions be extended to January 17, 2008.

6           Pretrial conference be scheduled for February 28, 2008.

7           Trial (one day) be scheduled for March 27, 2008**, subject to the Court's availability**.

Dated: October 26, 2007.             Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney
                                          AUDREY B. HEMESATH
                                          Assistant U.S. Attorney

                                          DAVID KLINE
                                          Principal Deputy Director
                                          Office of Immigration Litigation
                                          Civil Division, United States Department of Justice

                               By:    /s / Jeffrey S. Robins
                                          JEFFREY S. ROBINS (NY SBN 4355244)
                                          Trial Attorney
                                          Office of Immigration Litigation
                                          Civil Division, United States Department of Justice

                                          Attorneys for Defendants

                               By:    /s/ JAMES M. MAKASIAN
                                          JAMES M. MAKASIAN
                                          Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   October 26, 2007**                **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE