McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

JEFFREY S. BUCHOLTZ
United States Department of Justice
Acting Assistant Attorney General, Civil Division
DAVID KLINE
Principal Deputy Director
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
Facsimile: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED MUTLAQ NAGI,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendants. | 06-cv-F-1451 LJO SMS<br><br>**JOINT MOTION TO MODIFY SCHEDULING CONFERENCE ORDER; AND [PROPOSED] ORDER** |

The parties, by and through their undersigned counsel, respectfully request that the Court modify its Scheduling Conference Order as indicated below to allow additional time for Plaintiff to serve his discovery responses prior to the deadline for filing pretrial motions.

On December 18, 2007, this Court granted the parties' Joint Motion to Modify the Scheduling Conference Order. As indicated in that Joint Motion, it has taken longer than expected to complete the verification of Mr. Nagi's paternity of three of his purported children by testing

which the parties stipulated to. The required samples to conduct the testing have been scheduled for collection from Mr. Nagi's purported children and wife in Yemen on March 6, 2008.

Therefore, the parties request that the Court modify its Scheduling Conference Order of December 18, 2007, and modify the remaining dates on the Scheduling Conference Order accordingly:

Pretrial motions deadline be extended to April 18, 2008.

Deadline for hearings on pretrial motions be extended to May 19, 2008 at 8:30am.

Pretrial conference be scheduled for June 30, 2008 at 8:30am.

Trial (one day) be scheduled for July 31, 2008 at 9:00am.

Dated: February 20, 2008.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant U.S. Attorney

DAVID KLINE
Principal Deputy Director
Office of Immigration Litigation
Civil Division, United States Department of Justice

By: /s / Jeffrey S. Robins
JEFFREY S. ROBINS (NY SBN 4355244)
Trial Attorney
Office of Immigration Litigation
Civil Division, United States Department of Justice

Attorneys for Defendants

By: /s/ James M. Makasian
JAMES M. MAKASIAN
Attorney for Plaintiff

GOOD CAUSE EXISTS FOR THE REASONS STATED IN THE STIPULATION. THE REQUEST TO MODIFY IS GRANTED.

IT IS SO ORDERED.

**Dated: February 21, 2008** **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE