# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED MUTLAQ NAGI, | CASE NO. CV-F-06-1451 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE CASE** |
| vs. | |
| MICHAEL CHERTOFF,<br>Secretary of Homeland Security, et al, | |
| Defendants. / | |

In this immigration action, Plaintiff Mohamed Mutlaq Nagi ("Mr. Nagi") sought declaratory judgment of naturalization pursuant to 8 U.S.C. §1447(b). A Joint Status Report, filed on June 10, 2008, attests that Defendant United States Customs and Immigration Service ("USCIS") approved Mr. Nagi's naturalization application on May 20, 2008. Mr. Nagi successfully took the oath of citizenship on June 9, 2008. Accordingly, USCIS granted Mr. Nagi the relief he sought and this action is moot. Therefore, this Court:

1. LIFTS the stay in these proceedings, pursuant to this Court's Order to Temporarily Remand (Doc. 38);
2. DISMISSES this action as moot; and
3. DIRECTS the clerk of this Court to CLOSE this action.

IT IS SO ORDERED.

**Dated:   June 11, 2008**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1